UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------- x
: 
JOHNSON & JOHNSON AND LIFESCAN, :  06 Civ. 5451 (SLT)
INC., :
:
 Plaintiffs, :
:
 - against - :
:  **ORDER**
CHAMPION SALES INC., ET AL. :
:
 Defendants. :
:
---------------------------------------------- x

**DOCKET & FILE**

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUN 21 2007 ★
BROOKLYN OFFICE

It is hereby ORDERED that the Sealed Records Clerk shall unseal the pleadings, orders and other records filed in the above-captioned case.

Dated as of: June 14, 2007

 s/Sandra L. Townes
 ─────────────────────────
 UNITED STATES DISTRICT JUDGE

KL3 2593008.1